In the Matter of the ATTORNEY-GENERAL *v.* THE ATLANTIC
MUTUAL LIFE INS. CO.

(Argued October 20, 1885 ; decided October 30, 1885.)

*N. C. Moak* for appellant.

*William Barnes* for respondent,

Agree to affirm; no opinion.
All concur.
Order affirmed.